UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) ) Case No. 4:11CV1800 RWS |
| ABATEPRO, INC., | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

As discussed with counsel during today's conference,

**IT IS HEREBY ORDERED** that the Rule 16 conference in this matter is continued to **May 2, 2012 at 10:00 a.m.** in the chambers of the undersigned.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of February, 2012.