UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> Vs. <br><br> ABATEPRO, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br> Case No. 4:11CV1800 RWS |

## MEMORANDUM AND ORDER

As discussed with counsel during today's conference,

**IT IS HEREBY ORDERED** that the Rule 16 conference in this matter is continued to **May 2, 2012 at 10:00 a.m.** in the chambers of the undersigned.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of February, 2012.