UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., </br></br>    Plaintiffs, </br></br>Vs. </br></br>ABATEPRO, INC., </br></br>    Defendant. | Case No. 4:11CV1800 RWS |

## MEMORANDUM AND CASE MANAGEMENT ORDER

As discussed with counsel during today's conference,

**IT IS HEREBY ORDERED** that all motions for joinder of additional parties or amendment of pleadings shall be filed no later than **July 13, 2012**.

**IT IS FURTHER ORDERED** that the parties shall make all disclosures required by Rule 26(a)(1), Fed.R.Civ.P., no later than **June 8, 2012**.

**IT IS FURTHER ORDERED** that there will be a status conference in this matter on **August 17, 2012, at 10:00 a.m. in the chambers of the undersigned**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of May, 2012.